ACCEPTED
03-14-00108-CV
4867510
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 3:37:59 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00108-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 3:37:59 PM
JEFFREY D. KYLE
Clerk

## IN THE THIRD COURT OF APPEALS OF TEXAS

**JANOS FARKAS,**
*Appellant*

**v.**

**SECOND CONGRESS, LTD**
*Appellee*

APPEAL FROM THE 261st DISTRICT COURT
TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-10-003632

## AGREEMENT TO DISMISS

Pursuant to TEX. R. APP. P. 42.1(a)(2) and 18.1(c), Appellant Janos Farkas and Appellee Second Congress, Ltd. (collectively "Parties", individually "Party") respectfully state:

1. Appellant appealed a judgment entered in Cause No. D-1-GN-10-003632, in the 261st District Court, Travis County, Texas on August 11, 2011 ("underlying case"). The appeal was assigned Cause No. 03-11-00807-CV.

2. The present appeal is from post-judgment proceedings (April 3, 2013 Order as amended December 6, 2013 and December 9, 2013) concerning Cause No. D-1-GN-10-003632.

AGREEMENT TO DISMISS                                                                                                1

3.  Appellant timely appealed the April 3, 2013 Order which was assigned Cause No. 03-13-00379-CV.

4.  This appellate Court issued a memorandum opinion on April 25, 2014 for Cause No. 03-11-00807-CV. The memorandum opinion also dealt with appeals of post-judgment proceedings of the underlying case including Cause Nos. 03-13-00379-CV and 03-13-00388-CV.

5.  The memorandum opinion affirmed the trial court with respect to the underlying case. The memorandum opinion dismissed Appellant's appeal of the April 3, 2013 Order in view of the December 6, 2013 and December 9, 2013 orders.

6.  Prior to the Court's memorandum opinion, Appellant had also timely appealed the December 6, 2013 and December 9, 2013 orders. The appeal was assigned Cause No. 03-14-00108-CV (i.e., the present proceeding).

7.  Appellant filed a motion for rehearing concerning the underlying case Cause No. 03-11-00807 on July 11, 2014. No decision has been rendered by the Court on Appellant's motion for rehearing for the underlying case.

8.  No decision has been rendered by the Court in the present appeal of post-judgment proceedings concerning the underlying case.

9.  The Parties have since entered into a settlement agreement concerning the underlying case and related proceedings and seek to dismiss the cause.

10. The Parties request that costs be assessed against the Party that incurred them.

11. The Parties do not request that the mandate issue early.

For these reasons and by agreement of the Parties as evidenced by the signatures of their counsel below, the Parties request the Court grant an Order dismissing the cause and taxing the costs of appeal against the party incurring them.[1]

Respectfully submitted,

_____
Robert L. Kaminski
SBN: 00784367
SAVRICK    SCHUMANN    JOHNSON
MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
(512) 347-1604 (TEL)
(512) 347-1676 (FAX)
bob@ssjmlaw.com

Attorney for Appellee Second
Congress, Ltd.

_____
William D. Davis
SBN:  00796444
DAVIS & ASSOCIATES
P.O. Box 1093
Dripping Springs, TX  78620
(512) 858-9910 (TEL)
(512) 858-2357 (FAX)
bdavis@capital-ip.com

Attorney for Appellant Janos Farkas

_____

[1] Dismissal of related cause 03-11-00807-CV is being sought by separate pleading/motion.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in accordance with Tex. R. App. P. 9.5 and Local Rule 4 in the manner indicated below on April 13, 2015:

*Attorney for Appellee*
Robert L. Kaminski (via e-serve)
SAVRICK SCHUMANN JOHNSON MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735

*Receiver*
Thomas L. Kolker (via e-serve)
GREENSTEIN & KOLKER
1006 E. Cesar Chavez St.
Austin, Texas 78702

William D. Davis